503 A.2d 930

**COLLEGE HILL MEDICAL CENTER, Appellant,**

v.

**DEPARTMENT OF HEALTH OF the COMMONWEALTH of Pennsylvania, Appellee.**

Supreme Court of Pennsylvania.

Argued Oct. 23, 1985.

Decided Jan. 30, 1986.

Reed Hamilton, Philadelphia, for appellant.

John G. Knorr, III, Deputy Atty. Gen., Carolyn B. McClain, Dept. of Health, Harrisburg, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

ORDER

PER CURIAM:

The order of the Commonwealth Court is affirmed.